UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RYAN ROACH, *individually and on behalf of all others similarly situated*,

Plaintiff,

-against-

PREMIUM MERCHANT FUNDING LLC,

Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/08/26__

26-CV-1139 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed his complaint on February 10, 2026. (Dkt. 1.) Defendant Premium Merchant Funding LLC waived service on February 20, 2026 (Dkt. 8), making its answer or response to the complaint due April 21, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). Although that date has come and gone, defendant has not appeared or filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **June 8, 2026**, plaintiff shall, on that date, either file a stipulation granting additional time or apply for entry of default.

Dated: New York, New York
       May 8, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**