LAW OFFICE OF STEVEN A. FELDMAN & ASSOCIATES, PLLC
763 DOGWOOD AVENUE
WEST HEMPSTEAD, NY 11552
TEL: 516-500-8057 FAX: 516-213-0245
STEVEN@SAFESQ.NET

FRIDAY, SEPTEMBER 11, 2026

**Via ECF**
HON. BARBARA C. MOSES,
U.S. SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, COURTROOM 20A
NEW YORK, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/11/26

**Re:** ***Roach v. Premium Merchant Funding LLC, et al.*, No. 1:26-cv-01139-DEH-BCM**
Defendants' Letter Motion for Limited Extension, Narrowly Tailored Early Third-Party Discovery, and Related Case-Management Relief

Dear Judge Moses:

Defendants and Counterclaim-Plaintiffs Premium Merchant Funding 18, LLC and Premium Merchant Funding One, LLC respectfully submit this letter-motion under Fed. R. Civ. P. 6(b)(1)(A), or to the extent necessary Fed. R. Civ. P. 6(b)(1)(B), and 26(d)(1), and request limited, sequenced case-management relief concerning the consolidated responsive pleading deadline of September 10, 2026.

This application arises from information that became known to Defendants only within the last several days and immediately before the present pleading deadline. Defendants were recently advised by in-house counsel of developments in a California action arising under the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA"). The information disclosed concerns calling activity that may bear directly on allegations already raised in Defendants' Answer and Counterclaims. Those allegations are significant because Defendants' prior counterclaims concerned the alleged circumvention of compliance, supervision, lead-source, and dialing controls applicable to entities and users operating through Defendants' communications environment. Defendants are continuing to investigate the facts underlying those allegations and reserve all rights concerning any contention that Premium authorized, directed, controlled, participated in, or benefited from the conduct at issue.

The timing of this development is significant. Plaintiff's June 29, 2026 Rule 11 safe-harbor letter threatened sanctions on the ground that Defendants' TCPA-related allegations purportedly lacked factual support and specifically asserted that Defendants had identified no TCPA action, demand, judgment, settlement, or assessment connected to Plaintiff's conduct. At the time that threat was made, Defendants were unaware of the California TCPA Action now under investigation. The newly discovered information may bear on issues raised in Plaintiff's Rule 11 correspondence and warrants further investigation before Defendants finalize their pleading positions.

Defendants respectfully request: (i) an extension, or to the extent necessary a nunc pro tunc extension, of the September 10, 2026 deadline to serve and file their consolidated responsive pleading, including any amended or supplemented counterclaims and any third-party claims; (ii) a

MEMO ENDORSED

conference to address the matters described herein; (iii) leave to seek such limited and narrowly tailored third-party discovery as the Court may deem appropriate after conferring with the parties; (iv) such scheduling, confidentiality, and case-management provisions as the Court deems appropriate, including submission of a proposed order governing any authorized discovery; and (v) such other and further relief as the Court deems just and proper.

Should the Court prefer a shorter adjournment, the date Defendants previously proposed, October 13, 2026 (ECF No. 30), remains workable, although it would necessarily compress the time available to investigate the newly disclosed information and obtain any limited third-party discovery the Court may permit. Defendants have worked diligently to evaluate the information that became known only immediately before the present deadline and to prepare this application promptly, but they do not yet possess a sufficient factual record to determine the full scope of the conduct at issue, the entities, users, or participants involved, or the extent to which additional discovery may be required. Defendants seek to avoid prejudice in this action and in any other proceedings that may involve the same underlying facts. Court guidance concerning the orderly investigation and presentation of these issues would assist the parties and promote the efficient administration of the case. Nothing herein waives any right, claim, or defense, all of which are expressly reserved.

Defendants thank the Court for its consideration.

Respectfully submitted,

Steven A. Feldman, Esq.
Law Office of Steven A. Feldman
& Associates, PLLC
*Attorneys for Defendants and Counterclaim-Plaintiffs Premium Merchant Funding 18, LLC and Premium Merchant Funding One, LLC*

cc (via ECF):
Douglas B. Lipsky, Esq., Lipsky Lowe LLP
Rebecca L. Pattiz, Esq., Lipsky Lowe LLP
Frank J. Tantone, Esq.

Any response to defendants' extension request must be filed no later than **September 16, 2026**. *See* Moses Ind. Prac. § 2(e).

SO ORDERED.

September 11, 2026

**Barbara Moses**
**United States Magistrate Judge**