UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN ROACH, *individually and on behalf of all others similarly situated*,

Plaintiff,

-against-

PREMIUM MERCHANT FUNDING LLC, et al.,

Defendants.

26-CV-1139 (DEH) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/26

**BARBARA MOSES, United States Magistrate Judge.**

By letter-motion dated September 11, 2026 (Dkt. 32) defendants Premium Merchant Funding 18, LLC and Premium Merchant Funding One, LLC (collectively, PMF) belatedly request a second extension, *nunc pro tunc*, of their deadline (which was September 10, 2026, *see* Dkt. 31) to file their answer to plaintiff's First Amended Complaint (FAC) with consolidated counterclaims. PMF states that "within the last several days" it learned of "developments in a California action . . . that may bear directly on allegations" that PMF "already raised" in its current counterclaims (Dkt. 15), filed on June 9, 2026. PMF apparently seeks an open-ended extension of its pleading deadline, although it offers, as an alternative, to file its answer and consolidated counterclaims by October 13, 2026 (*see* Dkt. 32 at 1-2) – the same date that it requested (*see* Dkts. 28, 30) but that this Court rejected (*see* Dkt. 31) the last time PMF asked for an extension.

Plaintiff Ryan Roach opposes PMF's extension request, arguing that PMF failed to specify how this potential new information could concern plaintiff, that PMF failed to explain why PMF waited until after its (extended) pleading deadline expired to seek a further extension, and that PMF is improperly engaging in delay tactics. (Dkt. 33.) Roach adds that PMF's claimed desire to investigate the factual bases of its counterclaims before repleading them suggests that it did not conduct a proper inquiry with respect to those counterclaims, as required by Rule 11, prior to filing them. (*Id*. at 2.) Roach requests that this Court set a final deadline of September 16 for PMF to file its answer and consolidated counterclaims. (*Id*.)

PMF's untimely second request for an extension of its pleading deadline until October 13, 2026, is DENIED. The Court will extend that deadline to **September 17, 2026**, but no later. Consequently, the pleading schedule (Dkt. 31) is MODIFIED as follows:

1. The deadline for PMF to file its answer or other response to the FAC, including any amended or updated counterclaims and any third-party claims, is EXTENDED to **September 17, 2026**. No further extension of this deadline will be granted.

2. Roach and Indaloop, LLC (Indaloop) need not answer or otherwise respond to PMF's existing counterclaims (Dkts. 14, 15) pending PMF's filing of its amended or updated counterclaims and any third-party claims.

3. The deadline for Roach and Indaloop to answer or otherwise respond to the amended or updated counterclaims and any third-party claims is EXTENDED to **October 7, 2026**.

4. Given that the parties are in mediation, and the pleadings are still in flux, the Court declines PMF's invitation to permit third-party discovery, and/or hold a conference at this time. (*See* Dkt. 32 at 1-2.) The parties are again reminded that no later than seven days after the conclusion of their mediation, they must submit a joint letter advising the Court of its outcome and (if the case is not fully resolved) proposing two dates for an initial case management conference. (*See* Dkts. 18, 31.)

The Clerk of Court is respectfully directed to close the motion at Dkt. 32.

Dated: New York, New York
September 14, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**