LIPSKY LOWE LLP

AN EMPLOYMENT LAW FIRM

Rebecca L. Pattiz

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 646.290.6929
rebecca@lipskylowe.com

www.lipskylowe.com

The parties' request at Dkt. No. 46 is **GRANTED**.

By **December 15, 2026**, the parties shall submit their proposed CMP.

The Clerk of Court is respectfully directed to close Dkt. No. 46.

SO ORDERED. November 25, 2026.

SARAH L. CAVE
United States Magistrate Judge

November 24, 2026

VIA ECF
Hon. Dale E. Ho, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Roach v. Premium Merchant Funding LLC*, No. 26 civ. 1139
*Cardosa v. Premium Merchant Funding One, LLC*, No. 26 civ. 5429

Dear Judge Ho:

This firm represents Plaintiff Ryan Roach in the above-referenced consolidated proceedings. We write, with the consent of Defendants and the *Cardosa* Plaintiffs, to respectfully request an extension of the parties' deadline to submit a joint proposed case management plan for the consolidated proceedings (the "CMP") from November 26, 2026, to December 15, 2026. ECF No. 45.

On November 5, 2026, the Court granted in part the motion to consolidate these actions for pretrial purposes and directed the parties to meet and confer and submit a joint proposed CMP within 21 days. ECF No. 45 at 2–3. This is the parties' first request for an extension of this deadline, and the requested extension does not affect any other deadlines. The Court has not scheduled any appearances in these actions.

The parties request this extension to allow them additional time to complete the proposed CMP for the newly consolidated proceedings. Counsel met and conferred today, November 24, 2026, and the discussion was productive. The parties are exchanging redlines of the proposed CMP. The parties also agree that they need additional time to discuss how the Court-ordered mediations should proceed now that the cases are consolidated. The parties have scheduled another conferral for December 8, 2026. The requested extension will allow the parties to continue negotiating in good faith, with the goal of presenting the Court with a single joint proposed CMP rather than competing proposals.

We thank the Court for its attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Rebecca L. Pattiz
Rebecca L. Pattiz